# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1532

CEPHALON, INC. and CIMA LABS, INC.,

Plaintiffs-Appellees,

v.

MYLAN PHARMACEUTICALS INC. and MYLAN INC.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Delaware in consolidated case no. 11-CV-0164, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

CEPHALON, INC. V MYLAN PHARMACEUTICALS INC., 2013-1532

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.